**SGGB LAW FIRM, LLP**
SAMVEL GESHGIAN, ESQ. (SBN 300470)
  E-Mail: sg@sggblaw.com
GOURGEN  BABAYAN, ESQ. (SBN 314499)
  E-Mail: gb@sggblaw.com
RICARDO KIM, ESQ. (SBN 300359)
  E-Mail: rkim@sggblaw.com
16530 Ventura Boulevard, Suite 409
Encino, California 91436
Telephone: 818.855.1018
Facsimile: 818.474.0047

Attorneys for Plaintiff,
NELIDA GONZALEZ RANGEL

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHANE SINGH, SB# 202733
  E-Mail: Shane.Singh@lewisbrisbois.com
GENNA PROMNICK-PAVLOV, SB# 320894
  E-Mail: Genna.Promnick@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

MARY A. SMIGIELSKI, SB# 167829
  E-Mail: Mary.Smigielski@lewisbrisbois.com
550 West Adams Street, Suite 300
Chicago, Illinois 60661
Telephone: 312.345.1718
Facsimile: 312.345.1778

Attorneys for VOLT MANAGEMENT CORP.
dba VOLT WORKFORCE SOLUTIONS

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

170649038.1                                        1

ORDER RE: JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE
COMPLAINT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NELIDA GONZALEZ RANGEL, an individual,, | Case No. 1:26−CV−00777−JLT−FRS (SKO) |
| Plaintiff, | **ORDER RE: JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT** |
| vs. | |
| SAPUTO CHEESE USA INC., a Delaware Corporation; VOLT MANAGEMENT CORP. dba VOLT WORKFORCE SOLUTIONS, a Delaware Corporation; and DOES 1 through 20, inclusive,, | **(Doc. 16)** |
| | District Judge:    Jennifer L. Thurston |
| Defendant. | Action Filed:    December 29, 2025 |
| | Trial Date:    None Set |

**ORDER**

Having read the foregoing stipulation (Doc. 16) and good cause appearing therefor, IT IS HEREBY ORDERED that: Defendant shall answer, object to, or otherwise respond to the Complaint up through and including **February 27, 2026**.

IT IS SO ORDERED.

Dated:    **February 23, 2026**          /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE

170649038.1                                     2

ORDER RE: JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW