**SGGB LAW FIRM, LLP**
SAMVEL GESHGIAN, ESQ. (SBN 300470)
    E-Mail: sg@sggblaw.com
GOURGEN  BABAYAN, ESQ. (SBN 314499)
    E-Mail: gb@sggblaw.com
RICARDO KIM, ESQ. (SBN 300359)
    E-Mail: rkim@sggblaw.com
16530 Ventura Boulevard, Suite 409
Encino, California 91436
Telephone: 818.855.1018
Facsimile: 818.474.0047

Attorneys for Plaintiff,
NELIDA GONZALEZ RANGEL


**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHANE SINGH, SB# 202733
    E-Mail: Shane.Singh@lewisbrisbois.com
GENNA PROMNICK-PAVLOV, SB# 320894
    E-Mail: Genna.Promnick@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

MARY A. SMIGIELSKI, SB# 167829
    E-Mail: Mary.Smigielski@lewisbrisbois.com
550 West Adams Street, Suite 300
Chicago, Illinois 60661
Telephone: 312.345.1718
Facsimile: 312.345.1778

Attorneys for VOLT MANAGEMENT CORP.
dba VOLT WORKFORCE SOLUTIONS

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

170649038.1

1

ORDER RE: JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NELIDA GONZALEZ RANGEL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SAPUTO CHEESE USA INC., a Delaware Corporation; VOLT MANAGEMENT CORP. dba VOLT WORKFORCE SOLUTIONS, a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 1:26-cv-00777-JLT-FRS (SKO)<br><br>**ORDER RE: JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT**<br><br>(Doc. 20)<br><br>District Judge:  Jennifer L. Thurston<br><br>Action Filed:    December 29, 2025<br>Trial Date:       None Set |

Having read the parties' stipulation (Doc. 20) and good cause appearing therefor, IT IS HEREBY ORDERED that Defendant Volt Management Corp. shall answer, object to, or otherwise respond to the Complaint up through and including **March 13, 2026**.

IT IS SO ORDERED.

Dated:    **February 27, 2026**                    /s/ *Sheila K. Oberto*
                                                      UNITED STATES MAGISTRATE JUDGE

ORDER RE: JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW